**FORM 9**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 05-65895 |
| | : | |
| Oasis Corporation | : | Chapter 7 |
| | : | |
| | : | Judge Caldwell |
| Debtor(s) | : | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of $5,250.00 represents the total sum of unclaimed and small dividends to this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name And Address | Claim No. | Amount of Dividend |
|---|---|---|
| George H. Jones IV<br>257 Sherbourne Dr.<br>Columbus, Ohio 43219-2970 | | $765.75 |
| Noykh Shirman<br>3088 Dale Ave.<br>Columbus, Ohio 43209-2010 | | $1991.58 |
| Paul Foster<br>8319 Clear Path Drive<br>Reynoldsburg, Ohio 43068-9452 | | $1479.95 |
| Andre Diggs<br>4572 Rodney Rd.<br>Columbus, Ohio 43227-1340 | | $1012.72 |

Total Unclaimed/Small          Total Unclaimed

| Dividends $25.00 or under | Dividends Over $25.00 |
|---|---|
| $_____ | $5,250.00_____ |

Dated: May 27, 2011                Case Trustee: /s/Christal L. Caudill
                                   Christal L. Caudill
                                   2130 Arlington Ave.
                                   Columbus, Ohio 43221

cc:

U.S. Trustee
170 N. High St.
Suite 200
Columbus, Ohio 43215