UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO - COLUMBUS

In Re:                                                                 Case No. 05-65895CMC

OASIS CORPORATION, ET AL.,                                 Chapter 7

        Debtor(s).
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO:   Clerk of the Court
       US Bankruptcy Court
       170 N. High St.
       Columbus, OH   43215

Christal L Caudill
3757 Attucks Drive
Powell, OH   43065

    PLEASE ENTER THE APPEARANCE of BILL SCHUETTE, Attorney General, and Julius O. Curling, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

    Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                               BILL SCHUETTE
                               Attorney General

                               */s/   Julius O. Curling*
                               Julius O. Curling     (P58248)
                               Assistant Attorney General
                               Cadillac Place, Ste. 10-200
                               3030 W. Grand Blvd.
                               Detroit, MI   48202
                               Telephone:   (313) 456-0140

                               E-Mail:   CurlingJ@michigan.gov

Dated:   April 29, 2014